COLLINE M. GERNERT *v.* NANCY EMERY ET AL., EXEC-UTRICES (ESTATE OF WALTER R. VOLLHARDT)

The plaintiff's petition for certification for appeal from the Appellate Court, 17 Conn. App. 819, is denied.

*Brian J. Farrell,* in support of the petition.

Decided January 31, 1989

SAM PICCIONE, JR., ET AL. *v.* PAUL LIMONE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 17 Conn. App. 821, is denied.

*Thomas F. Brown,* in support of the petition.

Decided January 31, 1989

STATE OF CONNECTICUT *v.* WILLIAM VELEZ

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 186, is denied.

*John R. Williams,* in support of the petition.

*Susan C. Marks,* deputy assistant state's attorney, in opposition.

Decided February 9, 1989

STATE OF CONNECTICUT *v.* DANA JOHNSTON

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 226, is denied.

*John S. Pinney,* in support of the petition.

*John O'Meara,* deputy assistant state's attorney, in opposition.

Decided February 9, 1989